# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW L. MITCHELL, SR.

NO. 2020 KW 0415

**JULY 06, 2020**

In Re: Andrew L. Mitchell, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-99-0416.

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on May 28, 2020 the district court denied relator's petition for a writ of habeas corpus, filed May 22, 2020.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT